Matthew Schneider
STE E-6420 Inducon Drive W
Sanborn, NY, 14132
Tel.: (716) 739-6298
Plaintiff in Pro Per

Fee Paid

FILED
CLERK, U.S. DISTRICT COURT
8/27/25
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to CLOUDFLARE, INC. | MC25-89-UA<br>Case No.:<br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

Petitioner Matthew Schneider ("Schneider"), hereby requests that the Clerk of this Court issue a subpoena to identify an alleged infringer, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena").

The DMCA Subpoena is directed at Cloudflare, Inc. ("Cloudflare"), which provides website-related services to the alleged infringer who is posting content that infringes on copyrights held by Matthew Schneider. See Declaration of Matthew Schneider, ("Schneider Decl.")

Section 512(h) of the Digital Millennium Copyright Act provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this

subsection." 17 U.S.C. § 512(h)(1). For a subpoena to be issued, a copyright owner must file the following with the Clerk:

1. A copy of the notification required by Section 512(c)(3)(A);
2. A proposed subpoena; and
3. A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

Accordingly, in support of its request, Schneider submits and attaches the following: a proposed subpoena; a sworn declaration attesting that the purpose for which the DMCA Subpoena is sought is proper under the DMCA; and a copy of the Section 512(c)(3)(A) sent at Schneider's direction to Cloudflare

Dated: August 27, 2025

Matthew Schneider /s/